IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 DEC 23 A 9:39
DEBRA P. HA[CKETT]
U.S. DIS[TRICT CLERK]
MIDDLE [DIST. ALA.]

MARIO ANGELO JIMINEZ )
Full name and prison number of )
plaintiff(s) )
)
v. )  CIVIL ACTION NO. 3:05CV1221-T
)  (To be supplied by the Clerk of the
STATE OF ALABAMA )   U.S. District Court)
LEE County )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:
         Plaintiff(s) _____
         _____
         Defendant(s) _____
         _____

      2. Court (if federal court, name the district; if state court, name the county)
         _____
         _____

      3. Docket No. _____

      4. Name of Judge to whom case was assigned Judge Jacob Walker

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Sentenced to 30 years / Filed for New Trial (I was told that the New trial will be Denied by Judge Walker).

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT LEE County DETENTION CENTER

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED LEE County ALABAMA

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                          ADDRESS

1. Kenny Wilkes D.A.    2311 Gateway Dr. Opelika AL. 36801

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Nov. 8, 05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Jury found me guilty of Rape!, Without Physical Evidence, D.A. led Jury to believe that the Rape happened Before December and After Valentines Day and Victim said that it happened at other times in her Testimony,

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

This case went on for 3 years. During this time I was never questioned, Asked to provide a rape kit or was I provided an experienced trial Atty. The Crime scene was not processed and I was not provided a copy of the complaint that Detective Push from the Auburn Police Dept. had originally take before trial.

GROUND TWO: There were Circumstances and Evidence that would have proved my innocence that were not even considered before trial.

SUPPORTING FACTS: The Cable bill showing that the "Victim" was ordering porno movies. The Work register or time sheet showing that I was at work during the times that the "Victim" ordered these movies. There were also 6 people living in a 2 bedroom Apt. and there's no way a rape could have occurred with that many people in an appartment.

GROUND THREE: District Atty: Kenny Wilkes led the jury to believe that the movies ordered had to be called in.

SUPPORTING FACTS: They only had to be approved by selecting Accept on the screen by remote.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I want my case reviewed, record expunged and would like to file suit against State and Lee County.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-21-05
                (date)

_____
Signature of plaintiff(s)

-3-