Jan. 13 - 2006

RECEIVED

In response to 3:05 - cv - 1221-A-MHT

My response to the issue of District Attorney Wilkes. I am sure that my rights were Violated because ①. I was never questioned by the detective that handled the case. ②. I was never arrested, ③. I never got anything in the mail from the county stating that I was going to be charged or Arrested for 1st degree rape. ④ I never got any indictment papers or anything. It is a shame that a D.A. can mislead a Jury to believe that someone is guilty of a crime and have no proof to prove his case. he offered 2 times when the rape happend, The Victim offered others and there were so many contradictions in her testimony that any one could tell that she had not been raped. Furthermore, I was told that I did not have anything to prove. I will continue to fight this as long as I have the resources and people behind me to help in the process. I may not have proved that there is a serious risk of "continuing irreparable injury." but I feel that the correct and due process of law was not carried out properly. Also, the law library here has no way of referring to the cases and 3 statutes listed in this action. If there is any other suggestions that you all can give me please do so. I feel that there was some discrepances with the medical examiners report and testimony. I think that and was told that she has not come across a case that was not either considered "sexual Abuse or Rape! She also had misleading testimony also. I would like to request a "Writ of heabus corpus" be initiated or atleast my case be investigated. Thank You, Mario Givins