In response to Re-assignment of case #3:05-cv-01221 WKW.

RECEIVED
2006 JAN 23  A 9:49
T. CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

To: Judge W. Keith Watkins.

Honorable Judge Watkins, My name is Mario A. Jiminez, I have been at the Lee County Jail since Nov. 8, 2005. I was convicted of Rape in the 1st degree and sentenced to 30 years. I am writing to ask that my case and the civil action be investigated before it is dismissed before service of process. My ex-girlfriend decided one day in September of 2003, to take her 9 year old daughter to the Auburn Police Dept. to file a complaint stating that I touched her. This case went on for 3 years. I was never contacted for questioning by a detective Steve Push who handled the case. I was never arrested on the charge and I did not get anything in the mail saying I would be charged, or that they needed to contact me about

the allegations. When I was stopped for speeding in Tennessee I learned that I had a hold in Alabama (Lee County) for 1st degree rape 2 counts and Sexual Assault. When I got to the Lee County Jail The appointed lawyer Mr. Todd Crutchfield brought me a cop-out from the D.A. offering me 20 years. I slid the paper back to him and explained to him that I was not going to cop out to something that I did not do. So I wrote Judge Jacob A. Walker and asked him to give be a bond hearing and he did. At the bond hearing one of the Assistant District Attorneys led the Judge to believe that I had already made bond on these charges and fled to Tennessee. So when the Judge asked me I explained to him that I was never contacted, Arrested or gotten anything in the mail about this case and that I had not been given a chance to make bond. It took me 6 months to get a

bond hearing and when I did get my bond it was $125,000. I paid $12500 to a bondsman to get out on bond. I made every dockett call and still no one was interested about questioning me about the allegations. Finally a Trial date was set for Nov. 8, 2005. The trial started at about 10:30 a.m. before the trial Assistant Attorney (District) Attorney Kenny Wilkes offered me 10 years and I told him the same thing I told the court appointed lawyer Todd Crutchfield, That I would not accept time for a crime I did not committ. During the trial the D.A. offered two times that the crime happened. before Christmas and after Valentines day. The Victims testimony contradicted that. Neither one of them could offer a mont or exact time that it happened. There were also some issues with the victim ordering porno movies and watching them. That evidence was never even considered to use in my defense, but was

used for my conviction. Let me explain. The D.A. led the jury to believe that the porno's that were ordered had to be accepted by calling the cable company and authorizing them to add the charges to the cable bill. This is not true and he knew that was not true when he told that to the jury. The way it worked was once you select the movie (porno) you pressed the select button on the remote control to accept the charges for the movie. Well when we got the cable bill we went to the cable to dispute the charges and they told us that some one had selected those moveis to watch and they would not take the charges off. I was not provided a opportunity to give a statement before trial or after. I do believe my rights have been violated because the D.A. misled the jury by a deceptive method of questioning and by the statements that he made. Since the trial I have not been able to reach the lawyers that represented me. My family has left messages on his machine on my behalf and

(5) 3:05-cv-01221-WKW
Case 3:05-cv-01221-WKW-DRB   Document 7   Filed 01/23/2006   Page 5 of 9

I have written him at least 5 times with no response, nor has my family gotten a return phone call. His name is Harold W. Morris and Jerry Hauser. I also was not represented properly because Harold Morris is not experienced with Rape cases and therefore I think that ineffective assistance of council would be good grounds for my case to be overturned. Also the doctor that testified against me is a doctor that thinks that everytime some one brings their child to her that the child has been Sexually abused. She misled the jury also in saying that the childs Vagina had a gaping hole in it and that she had been penetrated. If she was penetrated she was penetrated by some foreign object and not my penis. She also stated to the jury that there was no scars, seaman or blood nor was her Vagina bruised. The Victims testimony did not sound anything like the statement she gave and during trial her story changed several times. I am a 34 year old Honorably

discharged veteran, father of 3 boys with NO type of criminal history and I did not rape Brittany Strozer. Also After I was convicted and sentenced to 30 years. Lee county put my name in the Opelika auburn news paper stating that sentence had been handed down in a high profile case. If the case is so "high profile" Why wasn't I contacted, questioned, arrested or asked to provide something of concrete evidence to say or prove that I did what I was Accused of doing?

Also there are all types of forensic test that could have been done. 1. bag up all the girls under panties and send them to a lab to be sprayed with Luminol and put under a flourescent light to look for seamen, blood, ect. 2). process the crime scene with luminol and a flourscent light. I feel like the law here in Lee County and in my case was not exercised properly nor due process. I am an innocent man who was Accused by someone who knew that she did not have what it took to keep a man and she knew other women were interested in me

and she could not handle it. I did move out and tried to get out of the relationship but when I did that I was being accused of rape.

I will continue to fight this as long as it takes and I am seeking media coverage from some contacts that I have written and I am also trying to get the support of the N.A.A.C.P and the Reverend Jessie Jackson.

THE LAW WAS NOT EXERCISED PROPERLY IN THE HANDLING OF MY CASE OR TRIAL!

THANK YOU

Mario Green

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

2006 JAN 23 A 9: 50

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Mario A. Jiminez v. State of Alabama, et al.
      Civil Action No. #3:05-cv-01221-MHT

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #3:05-cv-01221-WKW. This new case number should be used on all future correspondence and pleadings in this action.

MARIO JIMINEZ
P.O. BOX 2407
OPELIKA, AL. 36801

36101+0711-11 B007

UNITED STATES DISTRICT COURT
TO: HONORABLE JUDGE W. KEITH WATKINS
P.O. BOX 711
MONTGOMERY, AL. 36101-0711