IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| MARIO ANGELO JIMINEZ | * | |
| Plaintiff, | * | |
| v. | * | 3:05-CV-1221-WKW |
| STATE OF ALABAMA, *et al*., | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Investigation, and for good cause, it is

ORDERED that the motion (Doc. No. 7) be and is hereby DENIED.[1]

Done this 23rd day of January 2006.

                                      **/s/ Delores R. Boyd**
                                      DELORES R. BOYD
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that challenges to the sufficiency of the evidence used to obtain a conviction are more appropriately filed in a habeas corpus petition.