IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARIO ANGELO JIMINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF ALABAMA, et al.,<br><br>    Defendants. | CASE NO. 3:05-CV-1221-WKW-DRB (WO) |

**<u>ORDER</u>**

On January 6, 2006, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case, finding that the plaintiff's Complaint (Doc. # 1) is due to be dismissed prior to service of process for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff filed an objection on January 17, 2006 (Doc. # 6).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

    1. The objection (Doc. # 6) is OVERRULED.

    2. The Recommendation of the Magistrate Judge is ADOPTED.

    3. The plaintiff's action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE the 23rd day of February, 2006.

                                          /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE