IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARIO ANGELO JIMINEZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 3:05-CV-1221-WKW-DRB (WO) |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
|     Defendants. | ) |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment be and is hereby entered in favor of the defendants and against the plaintiff.

2. Costs are taxed against the plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE the 23rd of February, 2006.

                                             /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE